# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 03-561V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
JULIE RILEY, parent                 *
of T.R., Jr., a minor,              *
                                    *
            Petitioner,             *
                                    *        Filed:  October 8, 2014
      v.                            *
                                    *        Decision on Attorney's
SECRETARY OF HEALTH AND             *        Fees and Costs
HUMAN SERVICES                      *
                                    *
            Respondent.             *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on July 28, 2014. On October 7, 2014, the parties filed a joint stipulation of fact concerning attorney's fees and costs in this matter. The parties' stipulation requests a total payment of $10,986.85, representing attorney's fees and costs for work performed by the law firm of Robert J. Krakow.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $10,986.85 as a lump sum in the form of a check payable jointly to petitioner and petitioner's counsel, Robert J. Krakow.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.